# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MITCHELL MEREDITH AND SARAH
ASHLEY MEREDITH,
INDIVIDUALLY AND ON BEHALF
OF SARAH GRACE MEREDITH

NO.  2022 CW 0945

VERSUS

GARRISON PROPERTY AND
CASUALTY INSURANCE COMPANY

**NOVEMBER 17, 2022**

---

In Re:  Garrison Property and Casualty Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 678153.

---

**BEFORE:  HOLDRIDGE, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED.**  The district court's May 31, 2022 judgment granting the motion for new trial filed by the plaintiffs, Mitchell Meredith and Sarah Ashley Meredith, individually and on behalf of Sarah Grace Meredith, is reversed.  We find the trial court abused its discretion in granting the motion for new trial because the jury's interpretation of the evidence was fair, and we cannot say that it was an abuse of the jury's great discretion to award zero damages while also finding liability, especially in light of evidence of payments already received by the plaintiffs, and the lack of any instruction to the jury regarding consideration of prior payments. See **Davis v. Wal-Mart Stores, Inc.**, 2000-0445 (La. 11/28/00), 774 So.2d 84; **Lilly v. Allstate Ins. Co.**, 577 So.2d 80 (La. App. 1st Cir. 1990), writ denied, 578 So.2d 914 (La. 1991); **Brumfield v. Spera**, 2009-0566 (La. App. 1st Cir. 12/23/09), 2009 WL 4982128, n.5 (unpublished), writ denied, 2010-0124 (La. 4/5/10), 31 So.3d 364.  Accordingly, the motion for a new trial is denied.

AHP
WIL

     **Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

a.C.n

---
       DEPUTY CLERK OF COURT
          FOR THE COURT